

**ORDERED in the Southern District of Florida on May 13, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: <br><br> SKY GARDENS RESIDENCES, LLC, <br><br> Debtor. | CASE NO. 25-11136-LMI <br><br> CHAPTER 11 |
| SKY GARDENS RESIDENCES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAFE HARBOR EQUITY, LLC, and SKY HARBOR EQUITY DISTRESSED DEBT FUND 3, L.P, <br><br> Defendants. | Adv. No. 25-01129-LMI |

1

### ORDER GRANTING
### PLAINTIFF'S VERIFIED *EMERGENCY* MOTION FOR
### TEMPORAY RESTRAINING ORDER PRELIMINARY INJUNCTION

**THIS CAUSE** came before the Court on May 9, 2025, at 11:30 a.m., upon the scheduled emergency hearing ("Hearing") on the *Plaintiff's Verified Emergency Motion for Temporary Restraining Order and Preliminary Injunction* [Adv. ECF No. 2] (the "Motion"), and the Court, having reviewed and considered the Motion and the *Defendants' Response in Opposition to Plaintiff's Verified Emergency Motion for Temporary Restraining Order and Preliminary Injunction* [Adv. ECF No. 9] (the "Opposition Response"), having considered the arguments of counsel, the evidenced adduced at the Hearing, and the record of this Case, including the entire record of the Hearing, and the Court being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.      The Motion is GRANTED as provided herein.

2.      The Defendants, SAFE HARBOR EQUITY, LLC and SKY HARBOR EQUITY DISTRESSED DEBT FUND 3, L.P., ("Lender"), including all persons acting at the request or on behalf of the Defendants, are enjoined from proceeding and/or taking any actions (collectively, the "Prohibited Actions") against: (a) CEO Investment & Development, LLC, a Florida limited liability company, (b) CEO ID Management, LLC, a Florida limited liability company, (c) CEO Contract, Inc., (d) PIM Construction, LLC, (e) PIM Construction Management, LLC, (f) Emre Cagatay Ozkan and (g) Celal Ozkan (collectively, the "Guarantors"), in Case No. 2024-007485-CA-01, pending before the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "State Court Action").

3.      The Prohibited Actions shall include, but not be limited to, the following: (a) scheduling and/or proceeding with any hearing(s) on the Counter-Plaintiffs' *Motion for Final*

2

*Judgment and/or Summary Judgment Against Guarantors for Breach of Settlement Agreement* (Docket Entry # 136 filed on May 6, 2025) (the "Judgment Motion"); (b) scheduling, establishing and/or enforcing any response deadlines in connection with the Judgment Motion; (c) pursuing any relief relating to the Judgment Motion; and (d) prosecuting with or taking any other action in the State Court Proceeding, unless otherwise provided by separate order of the Court except that Lender may proceed immediately to set a hearing in the State Court Action on Lender's motion for summary judgment against the Guarantors no earlier than the week of August 25, 2025.

4. The Guarantors are authorized to file a copy of this Order in the State Court Action.

5. Notwithstanding the entry of this Order, the automatic stay in effect pursuant to 11 U.S.C. § 362(a) shall continue in full force and effect and apply to the fullest extent of the law to the Debtor (Plaintiff) and property of the estate as defined under 11 U.S.C. § 541(a).

6. This Order shall be effective immediately upon its entry.

6. This Court shall retain jurisdiction over the implementation, interpretation, and enforcement of this Order.

###

Copy to:

Michael D. Seese, Esq.

Michael D. Seese, Esq., who is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.